# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mann, Margaret M. | 2. Court or Organization<br><br>United States Bankruptcy Court Southern District of CA | 3. Date of Report<br><br>5/15/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article 1 | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
|---|---|---|

**7. Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 5/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. April 2013 | Teaching stipend Rutter Group approved by Ninth Circuit | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Income From Law Offices of Michael T. O'Halloran |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 01/20/2013 to 01/21/2013 and 08/22/2013 to 08/23/2013 | Las Vegas, NV and Lake Tahoe, NV | Speaking at the Conferences | meals, airfare and hotel |
| 2. | California Bankruptcy Forum | 05/17/2013 to 05/19/2013 | San Diego, CA | Speaking at the Conference | meals and hotel |
| 3. | Rutter Group | 04/08/2013 to 04/10/2013 | Los Angeles and San Francisco, CA | Speaking at the Conferences | meals, airfare and hotel |
| 4. | Arizona State Bar | 04/08/2013 to 04/10/2013 | Phoenix, Arizona | Speaking at the Conference | meals, airfare and hotel |

| 5. | Turnaround Management Association | 04/08/2013 to 04/10/2013 | Dana Point, CA | Speaking at the Conference | meals, airfare and hotel |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | Date of Report |
| Mann, Margaret M. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS GROWTH FUND OF AMERICA CL C | A | Dividend | K | T | | | | | |
| 2. AMERICAN FUNDS GROWTH FUND OF AMERICA CLASS F | A | Dividend | K | T | | | | | |
| 3. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | A | Dividend | J | T | Sold (part) | 02/20/13 | K | | |
| 4. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL B | A | Dividend | K | T | | | | | |
| 5. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL C | A | Dividend | | | Sold | 02/20/13 | K | | |
| 6. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F | C | Dividend | | | Sold | 02/20/13 | M | | |
| 7. AMERICAN FUNDS EUROPACIFIC FUNDS CLASS C | A | Dividend | L | T | | | | | |
| 8. AMERICAN FUND 2025 TARGET DATE FUND | A | Dividend | | | Sold | 04/25/13 | L | A | |
| 9. Principal Small Mid Cap Dividend Fund Class A | A | Dividend | M | T | Buy | 11/05/13 | M | | |
| 10. GUGGENHEIM S&P GLOBAL WATER INDEX ETF | A | Dividend | L | T | | | | | |
| 11. ST OF CA VAR RANS A-2 RV BE/R/ 3.000 062811 DTD 112310 | C | Interest | K | T | | | | | |
| 12. DELAWARE SMID CAP GROWTH CLASS C | A | Dividend | M | T | | | | | |
| 13. DELAWARE SMID CAP GROWTH CLASS B | A | Dividend | K | T | | | | | |
| 14. ST OF CA VAR GEN OBLI BN TAX BE/ R/ 5.750 030117 DTD 040110 | B | Interest | K | T | | | | | |
| 15. Genworth Annuity Contract # T08013360 | A | Int./Div. | K | T | | | | | |
| 16. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 17. Wells Fargo Savings | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo IRA CD 2 | A | Interest | L | T | | | | | |
| 19. MAN_AHL Diversified I L.P., Class B-1 | A | Interest | | | Sold | 09/09/13 | L | A | |
| 20. RMA Money Market Portfolio | A | Interest | K | T | | | | | |
| 21. UBS Bank Deposit Account | A | Interest | L | T | | | | | |
| 22. ISHARES S&P NORTH AMERICAN NAT RESOURCES SECTOR INDEX FUND | A | Dividend | L | T | | | | | |
| 23. CALIFORNIA EDL FACS AUTH SR A REV FSAOID494 BE/R/ 4.000 0901 | C | Interest | L | T | | | | | |
| 24. LA CA DEPT WTR SER A-2 FSA B/E/R/ 4.75 | B | Int./Div. | K | T | | | | | |
| 25. EAST BAY CAL MUD WTR SYS REV FSA B/E /R/ 5.000 060118 DTD 07 | A | Interest | | | Redeemed | 06/13/13 | K | A | |
| 26. RANCHO MIRAGE CAL REDEV NPFG OID@97.3583 BE/R/ 4.625 040124 | B | Interest | | | Redeemed | 10/08/13 | K | A | |
| 27. SAN JOSE CA UNI S/D FGIC RV BE/R/ 5.000 060121 DTD 081706 | B | Interest | K | T | | | | | |
| 28. COHEN & STEERS REALTY INCOME FUND INC CLASS C | A | Dividend | L | T | | | | | |
| 29. DWS FLOATING RATE FUND | D | Interest | K | T | | | | | |
| 30. DWS SHORT DURATION FUND CLASS A | B | Dividend | L | T | | | | | |
| 31. UBS LIQUID ASSETS FUND | A | Dividend | K | T | | | | | |
| 32. AFLAC INC | A | Dividend | J | T | | | | | |
| 33. AIR PROD & CHEMICAL INC | A | Dividend | | | Sold | 08/14/13 | J | | |
| 34. ASTRAZENECA PLC SPON ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BANK OF NOVA SCOTIA | A | Dividend | | | Sold | 06/10/13 | J | | |
| 36. BOEING | A | Dividend | K | T | | | | | |
| 37. BRITISH AMERICAN TOBACCO PLC GB SPON ADR | A | Dividend | J | T | | | | | |
| 38. CLOROX CO. | A | Dividend | J | T | | | | | |
| 39. COCA COLA CO COM | A | Dividend | J | T | | | | | |
| 40. COLGATE PALMOLIVE CO | A | Dividend | K | T | | | | | |
| 41. CSX CORP | A | Dividend | J | T | | | | | |
| 42. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | K | T | | | | | |
| 43. EMERSON ELECTRIC | A | Dividend | J | T | | | | | |
| 44. FAMCO MLP & ENERGY INCOME INSTITUTIONAL | B | Dividend | K | T | | | | | |
| 45. GENL MILLS INC | A | Dividend | J | T | | | | | |
| 46. ILLINOIS TOOL WORKS INC | A | Dividend | K | T | | | | | |
| 47. INTEL CORP | A | Dividend | J | T | | | | | |
| 48. JOHNSON & JOHNSON COM | A | Dividend | K | T | | | | | |
| 49. MEDTRONIC | A | Dividend | J | T | | | | | |
| 50. NESTLE S A SPONSORED ADR PEPSTG REG SHS SWITZ ADR | A | Dividend | J | T | | | | | |
| 51. NEXTERA ENERGY INC COM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 53. OCCIDENTAL PETROLEUM CRP | A | Dividend | J | T | | | | | |
| 54. PEARSON PLC SPON ADR | A | Dividend | J | T | | | | | |
| 55. PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |
| 56. RAYTHEON | A | Dividend | | | Sold | 03/19/13 | J | A | |
| 57. SANOFI SPON ADR | A | Dividend | J | T | | | | | |
| 58. TORONTO DOMINIUM BK NEW CANADA CAD | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 59. S.A. FRANCE SPON ADR | A | Dividend | | | Sold | 12/11/13 | J | | |
| 60. UNILEVER PLC AMER SHS NEW SPON ADR | A | Dividend | J | T | | | | | |
| 61. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 62. UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 63. VF Corp | A | Dividend | J | T | | | | | |
| 64. VODAFONE GROUP PLC NEW SPONS | A | Dividend | | | Sold | 01/16/13 | J | A | |
| 65. AMERICAN FUNDS NEW WORLD FUND CLASS F | A | Interest | L | T | | | | | |
| 66. CITIGROUP CAPITAL IX 6.0000% DUE 02/14/2033 CALLABLE 02/13/0 | B | Interest | K | T | | | | | |
| 67. NOVARTIS AG SPON ADR | A | Dividend | J | T | | | | | |
| 68. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Simple IRA for Offices of MTO'Halloran | A | Dividend | K | T | | | | | |
| 70. CALIFORNIA ST TAX BE/R/ MAND SINK FND | B | Interest | L | T | | | | | |
| 71. BLACKROCK EQUITY DIVIDEND FUND C | A | Dividend | M | T | | | | | |
| 72. PIONEER STRATEGIC INCOME FUND CLASS C | A | Dividend | L | T | Buy (add'l) | 02/20/13 | K | | |
| 73. GE CAPITAL INTERNOTES NTS BE | B | Interest | K | T | | | | | |
| 74. Pimco Foreign Bond Fund Class A | C | Interest | L | T | Buy | 02/20/13 | L | | |
| 75. Cal State Syng CRC | B | Interest | L | T | Buy | 02/20/13 | L | | |
| 76. Cal St. Pub Works BR SRD | C | Interest | L | T | Buy | 02/20/13 | L | | |
| 77. Coachella CA WTR Auth. | B | Interest | L | T | Buy | 06/10/13 | L | | |
| 78. Microsoft Corp. | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 79. Nordstrom Inc. | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 80. Stanley Black & Decker | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 81. Teva Pharmaceuticals Int'l | A | Dividend | J | T | Buy | 02/12/13 | J | | |
| 82. Yum!Brands Inc. | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 5/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 5/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inadvertent error, certain investments were subject to transactions in previous periods that were not reported. These transactions are listed below.

1. Dow Chemical – Call Redemption on 03/15/11, Value code K
2. AMBAC FINL Group – Sold 1,000 shares 02/02/11, Value code J
3. Abbott Labs – sold 220 shares 02/08/11, Value code J
4. National Grid – sold 215 shares 10/10/11, Value code J
5. Praxair – sold 105 shares 07/12/11, Value code J
6. Roche – sold 255 shares 03/07/11, Value code J
7. Veolia – sold 310 shares on 08/12/11, Value code J
8. Los Angeles CA DEPT WTR SER A-2 FSA B/E/R/ 4.75 was purchased on 04/23/10 and was not sold on June 29, 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544